

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2017

No. 04-16-00811-CV

**IN RE PATRIOT WELL SOLUTIONS LLC**

Original Mandamus Proceeding[1]

**CORRECTED ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Luz Elena D. Chapa, Justice

On December 16, 2016, Relator filed a petition for writ of mandamus. The petition complains of a December 7, 2016 order denying Relator's motion to stay litigation. Relator seeks a writ of mandamus directing the trial judge to vacate the December 7, 2016 order and enter an order staying further litigation. The order complained of was signed by the Honorable John D. Gabriel.[2] However, Judge Gabriel is no longer the presiding judge of the 131st District Court of Bexar County, Texas.

Pursuant to Texas Rules of Appellate Procedure, we ABATE this proceeding for thirty days from the date of this order to allow the newly elected judge of the 131st District Court of Bexar County, Texas to reconsider Judge Gabriel's December 7, 2016 order. *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision."). The trial judge is directed to consider the challenged order and underlying matters and determine whether the challenged order should remain in effect, be modified, or be set aside and a new order rendered.

Relator is ORDERED to file in this court either the appropriate motion to dismiss this original proceeding or an amended petition for writ of mandamus and appendix no later than fourteen days following the trial court's ruling on the reconsideration of Judge Gabriel's December 7, 2016 order.

It is so **ORDERED** on January 6, 2017.

---

[1] This proceeding arises out of Cause No. 2016-CI-15492, styled *KLX Energy Services, Inc. v. Patriot Well Solutions, LLC, Dragan Cicvaric, William Reed, Danny Stunkard, Brian Terry, and Paul Hulin*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.

[2] Judge Gabriel, of the 131st District Court, was presiding in the 407th District Court when the motion to stay litigation was heard and denied.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle, Clerk

